UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMOND J. SEYLER,<br><br>Defendant. | Case No. 2:14-cr-00118-BLW<br><br>**REPORT AND RECOMMENDATION** |

On August 12, 2014, Defendant Desmond J. Seyler appeared before the undersigned United States Magistrate Judge to enter a change of plea. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, and the impact that the Sentencing Guidelines will have on the sentencing determination made by the District Judge.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

Because the offense to which Defendant entered his guilty plea is a crime of violence and an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt, the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending sentencing would not be appropriate.

In this case, both the Government and Defendant supported continuation of pretrial release pursuant to the conditions set by the Court in June of 2014. Defendant has complied with the combination of strict conditions imposed with his pretrial release in the Court's order of June 23, 2014, and has maintained employment and sobriety. His mother continues to serve as a third party custodian. Further, Defendant is entering programs both for drug and alcohol counseling and anger management that would be disrupted unnecessarily if Defendant is detained pending sentencing. The undersigned finds this combination of circumstances clearly provides exceptional reasons for not detaining Defendant pending sentencing. Accordingly, the Court recommends that release be continued subject to the standard and additional conditions of release set by the Court on June 23, 2014.

/

/

/

/

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Desmond J. Seyler's plea of guilty to Count 1 of the Indictment (Dkt. 1); and

2) The District Court continue Defendant's release subject to the Order Setting Conditions of Release (Dkt. 8).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: August 12, 2014

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE